| Fill in this information to identify the case: |
|---|
| Debtor 1    Ronald Ansaldi |
| Debtor 2 |
| United States Bankruptcy Court for the: District of Rhode Island |
| Case number :    1:23-bk-10282 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known): | **3** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **0341** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | | Dates incurred | Amount |
|---|---|---|---|
| Late Charges | | | $0.00 |
| Non-sufficient funds (NSF) fees | | | $0.00 |
| Attorney Fees | | | $0.00 |
| Filing fees and court costs | | | $0.00 |
| Bankruptcy/Proof of claim fees | Proof of Claim | 05/23/2023 | $225.00 |
| Appraisal/Broker`s price opinion fees | | | $0.00 |
| Property Inspection Fees | | | $0.00 |
| Tax Advances (Non-Escrow) | | | $0.00 |
| Insurance Advances (Non-Escrow) | | | $0.00 |
| Property preservation expenses. Specify: | | | $0.00 |
| Other. Specify: Plan Review Fees | Plan Review | 05/12/2023 | $100.00 |
| Other. Specify: 410A Fee | | | $0.00 |
| Other. Specify: Objection to Confirmation | | | $0.00 |
| Other. Specify: | | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Ronald Ansaldi                                   Case Number: 1:23-bk-10282
         First Name    Middle Name    Last Name

## Part 2:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/Christopher Giacinto                                    Date  06/13/2023
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___13th___ day of June, 2023.

/S/ Christopher Giacinto

_____
CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 1:23-bk-10282)

Debtor
Ronald Ansaldi
10 Bella Woods Court
Johnston, RI 02919

Attorney
Christopher Lefebvre
Law Office of Claude Lefebvre & Sons
PO Box 479
Two Dexter Street
Pawtucket, RI 02862

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903

Trustee
Charles A. Pisaturo, Jr.
Office of the Chapter 13 Trustee
400 Westminster Street, Suite 54
Providence, RI 02903