| Fill in this information to identify the case: |
|---|
| Debtor 1    Ronald Ansaldi |
| Debtor 2 |
| United States Bankruptcy Court for the: District of Rhode Island |
| Case number :    1:23-bk-10282 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| Name of creditor: | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2023-R1 | Court claim no. (if known): | 5 |

**Last 4 digits** of any number you use to identify the debtor's account: 4082

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice.

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 06/15/2023 | $225.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 05/08/2023 | $100.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Ronald Ansaldi</u>        Case Number: <u>1:23-bk-10282</u>
First Name   Middle Name   Last Name

# Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Christopher Giacinto</u>   Date <u>09/13/2023</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___13th___ day of September, 2023.

/S/ Christopher Giacinto

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 1:23-bk-10282)

Debtor
Ronald Ansaldi
10 Bella Woods Court
Johnston, RI 02919

Attorney
Christopher Lefebvre
Law Office of Claude Lefebvre & Sons
PO Box 479
Two Dexter Street
Pawtucket, RI 02862

Trustee
Charles A. Pisaturo, Jr.
Office of the Chapter 13 Trustee
400 Westminster Street, Suite 54
Providence, RI 02903

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

## Bankruptcy - Bankruptcy Services - INVOICE

| | |
|---|---|
| Fay Servicing LLC | |
| Michael A. Wojcik | |
| 939 W. North Ave. | |
| Chicago, IL 60642 | |
| Re: | ANSALDI RONALD<br>25 NEWBURY ST<br>CRANSTON, RI 02920 0000 |
| Loan #: | ▮▮▮ |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | ▮▮▮ |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |
| Original Mortgage Amount: | $265,000.00 |
| Litigation Status Code: | |
| Man Code: | B |
| BK Case No: | 1:23-bk-10282 |
| BK Chapter: | 13 |

| | |
|---|---|
| Invoice #: | ▮▮▮ |
| Invoice Status: | Check Confirmed |
| Input By: | Daniel Baker |
| Date Submitted: | 5/9/2023 |
| Invoice Date: | 5/9/2023 |
| Vendor Ref #: | ▮▮▮ |
| Vendor Code: | TPADGETT |
| Payee Code: | ATFLTIMOTH |
| Type: | Non Judicial |
| Referral Date | 4/27/2023 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID: ▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/9/2023 | | | | 5/9/2023 | 5/9/2023 | 5/10/2023 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 05/08/2023 | 1 | $475.00 | $475.00 | $0.00 | $475.00 |
| Note: Ch 13 Plan Review - Recoverable | | | | | | | |
| Service From Date: 5/8/2023 | | Service To Date: 5/8/2023 12:00:00 | | | | | |
| | | | | | $475.00 | $0.00 | $475.00 |
| **Total:** | | | | | $475.00 | $0.00 | $475.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Property Address: 25 Newbury Street, Cranston, RI 02920

Execution Date Time: 09/01/2023 04:26:58 PM                                          Pages: 1/ 2

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| Fay Servicing LLC | | Invoice #: | |
| Michael A. Wojcik | | Invoice Status: | Check Confirmed |
| 939 W. North Ave. | | Input By: | Daniel Baker |
| Chicago, IL 60642 | | Date Submitted: | 6/15/2023 |
| Re: | ANSALDI RONALD | Invoice Date: | 6/15/2023 |
| | 25 NEWBURY ST | Vendor Ref #: | |
| | CRANSTON, RI 02920 0000 | Vendor Code: | TPADGETT |
| Loan #: | | Payee Code: | ATFLTIMOTH |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | Referral Date | 5/23/2023 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| | | HiType | 1 |
| Original Mortgage Amount: | $265,000.00 | Class Code | |
| Litigation Status Code: | | | |
| Man Code: | B | | |
| BK Case No: | 1:23-bk-10282 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/15/2023 | | | | 6/15/2023 | 6/15/2023 | 6/16/2023 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 06/15/2023 | 1 | $475.00 | $475.00 | $0.00 | $475.00 |
| **Note:** Proof of Claim Preparation Fee | | | | | | | |
| Service From Date: 6/15/2023 | | Service To Date: 6/15/2023 | | | | | |
| Attorney Fees - Fee Not Included in POC | | 06/15/2023 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note:** Loan Payment History (410 A) | | | | | | | |
| Service From Date: 6/15/2023 | | Service To Date: 6/15/2023 | | | | | |
| | | | | | **$725.00** | **$0.00** | **$725.00** |

| | | | |
|---|---|---|---|
| **Total:** | $725.00 | $0.00 | $725.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Property Address: 25 Newbury Street, Cranston, RI 02920

Execution Date Time: 09/01/2023 04:26:58 PM                                    Pages: 1/ 2